UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

JOHN GLEESON, United States District Judge:

Finding no merit to the objections, Judge Pohorelsky's thorough and well-reasoned Report and Recommendations (DE 2055) ("R & R") is adopted in its entirety. Accordingly:

1. I hereby certify the following class for adjudicating the claims in this action:

> All persons or entities (but excluding Defendants, their parents, predecessors, successors, subsidiaries, affiliates, as well as government entities) who purchased airfreight shipping services for shipments to or from the United States directly from any of the Defendants or from any of their parents, predecessors, successors, subsidiaries, or affiliates, at any time during the period from January 1, 2000 up to and including September 30, 2006.

2. I appoint Michael D. Hausfeld of Hausfeld LLP, Hollis L. Salzman of Labaton Sucharow LLP, Robert N. Kaplan of Kaplan Fox & Kilsheimer LLP, and Howard J. Sedran of Levin, Fishbein, Sedran & Berman as Class Counsel.

3. The plaintiffs' motions to preclude certain testimony by David P. Kaplan (DE 1838) and Michelle T. Burtis, Ph.D. (DE 1839) are granted in part and denied in part in accordance with the rulings in the R & R;

4. The plaintiffs' motion to preclude certain testimony by Dr. Frederick R. Warren-Boulton (DE 1840) is denied.

So ordered.

John Gleeson, U.S.D.J.

Dated: July 10, 2015
      Brooklyn, New York